IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VISHAY DALE ELECTRONICS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MAG.LAYERS SCIENTIFIC-TECHNICS CO., LTD. and MAG LAYERS USA, INC., <br><br> Defendant. | 8:09CV155 <br><br> ORDER |

Plaintiff advises the court that this matter was settled prior to service of summons; however, the terms of the settlement require certain actions to be taken between now and May 7, 2010. For good cause shown,

**IT IS ORDERED** that plaintiff's motion for extension of time to serve summons (Doc. 17) is granted, as follows:

1. This case is stayed through **May 20, 2010.**

2. Plaintiff's counsel shall advise the court no later than **May 20, 2010** as to whether the settlement has been completed, or whether the case should be returned to the active trial docket and a new deadline set for service of summons.

**DATED October 15, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**